JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Bouyer | Case No. 2:20-cv-11487-RGK-MAA |
| Plaintiff(s), | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| vs. | |
| LBA RV-Company XXV, LP, et al | |
| Defendant(s). | |

On March 24, 2021, the Court issued an Order to Show Cause (OSC) why the case should not be dismissed for lack of prosecution [15], defendant Chatsworth Hotel LP's Answer was due on or before March 4, 2021. The Court reviewed the response to the OSC filed by plaintiff on March 30, 2021. The Court does not find good cause, therefore, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: April 1, 2021

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE